USDC SCAN INDEX SHEET

















CAG   7/27/05   14:08

3:04-CR-02408   USA V. CANTABRANA-PARRA

*90*

*CRINDISPS.*

05 JUL 22 PH 2:02

DEPUTY

SECRET

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2004 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.04CR2408DMS |
| Plaintiff, | I N D I C T M E N T |
| v. | 2nd Superseding |
| FRANCISCO CANTABRANA-PARRA (1), | Title 21, U.S.C., Secs. 846 and 841(a)(1) - Conspiracy to Distribute Marijuana; Title 18, U.S.C., Sec. 1956 - Conspiracy to Launder Monetary Instruments; Title 21, U.S.C., Sec. 1957 - Engaging in Monetary Transactions Derived from Unlawful Activity |
| aka Chino, | |
| aka Nono, | |
| OMAR HURACHA-LEDESMA(2), | |
| aka 88, | |
| aka Mark, | |
| KRISTIAN HURACHA-LEDESMA (3), | |
| aka 57, | |
| aka Chino, | |
| RONALD CHARLES REED(4), | |
| aka Bill, | |
| JUAN CARLOS ZERPA-MALPICA(5), | |
| aka Benny, | |
| GONZALO VEGA-HUARACHA(6), | |
| aka Tio Gon, | |
| JACOB GUAJARDO-LEDEZMA (7), | |
| aka JB, | |
| ADALBERTO LEDESMA-BRISENO (8), | |
| aka Piange, | |
| CLAUDETTE QUIROZ GUERRERO (9), | |
| CLAUDIA INIGUEZ HURACHA (10), | |
| Defendants. | |

The grand jury charges:

JSS:XXXbt:San Diego
7/22/05

90

<u>Count 1</u>

Beginning in about January 2001 and continuing up to and including September 22, 2004, within the Southern District of California, and elsewhere, defendants FRANCISCO CANTABRANA-PARRA, aka Chino, aka Nono, OMAR HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-LEDESMA, aka 57, aka Chino, RONALD CHARLES REED, aka Bill, JUAN CARLOS ZERPA-MALPICA, aka Benny, GONZALO VEGA-HUARACHA, aka Tio Gon, JACOB GUAJARDO-LEDEZMA, aka JB, and ADALBERTO LEDESMA-BRISENO, aka Piange, did knowingly and intentionally conspire and agree with each other and with others known and unknown to the grand jury, to distribute 1000 kilograms and more of marijuana, a Schedule I Controlled Substance.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1)

<u>METHOD AND MEANS</u>

As part of and to facilitate the charged conspiracy, the conspirators, both named and unnamed, did utilize the following method and means, among others:

1.    Defendant FRANCISCO CANTABRANA-PARRA, aka Chino, aka Nono, purchased marijuana in the Republic of Mexico, and arranged for the importation of those drugs into the United States;

2.    Defendant OMAR HURACHA-LEDESMA, aka 88, aka Mark, purchased marijuana from defendant FRANCISCO CANTABRANA-PARRA, aka Chino, aka Nono, which he then sold to his own drug customers;

//
//
//
//

2

3.    Defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-LEDESMA, aka 57, aka Chino, and ADALBERTO LEDESMA-BRISENO, aka Piange, would equip vans to make them look like telecommunications service vehicles and then use them to transport marijuana to defendant OMAR HURACHA-LEDESMA's, aka 88, aka Mark, drug customers;

4.    Defendant RONALD CHARLES REED, aka Bill, would store the vans used to transport drugs for defendant OMAR HURACHA-LEDESMA, aka 88, aka Mark, and would drive them, at defendant OMAR HURACHA-LEDESMA's, aka 88, aka Mark, direction, to defendant OMAR HURACHA-LEDESMA's, aka 88, aka Mark, drug customers;

5.    Defendants KRISTIAN HURACHA-LEDESMA, aka 57, aka Chino, JUAN CARLOS ZERPA-MALPICA, aka Benny, GONZALO VEGA-HUARACHA, aka Tio Gon, JACOB GUAJARDO-LEDEZMA, aka JB, and ADALBERTO LEDESMA-BRISENO, aka Piange, would assist in the storage of the marijuana and in its delivery to defendant OMAR HURACHA-LEDESMA's, aka 88, aka Mark, drug customers.

### Count 2

Beginning in about January 2001 and continuing up to and including September 22, 2004, within the Southern District of California, and elsewhere, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-LEDESMA, aka 57, aka Chino, JACOB GUAJARDO-LEDEZMA, aka JB, and CLAUDETTE QUIROZ-GUERRERO, did knowingly and intentionally conspire together and with others known and unknown to the grand jury to commit offenses against the United States under Title 18, United States Code, Section 1956, namely:

//

//

//

3

1.    Knowing that property involved in a financial transaction represented proceeds of some form of unlawful activity, which was, in fact, the distribution of a controlled substance, to wit: marijuana, in violation of Title 21, United States Code, Section 841(a)(1), conducted and attempted to conduct financial transactions affecting interstate and foreign commerce, knowing that the transactions were designed in whole or in part to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); and

2.    Knowing that property involved in a financial transaction represented proceeds of some form of unlawful activity, which was, in fact, the distribution of a controlled substance, to wit: marijuana, in violation of Title 21, United States Code, Section 841(a)(1), conducted and attempted to conduct financial transactions affecting interstate commerce, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of said proceeds, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

3.    Knowing that property involved in a financial transaction represented proceeds of some form of unlawful activity, which was, in fact, the distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), conducted and attempted to conduct financial transactions affecting interstate commerce, knowing that the transaction was designed in whole and in part to avoid a transaction reporting requirement under Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(ii).

All in violation of Title 18, United States Code, Section 1956(h).

4

<div align="center">Count 3</div>

On or about August 2, 2001, in the Southern District of California, defendant CLAUDIA INIGUEZ HURACHA knowingly engaged in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, defendant CLAUDIA INIGUEZ HURACHA negotiated a check in the amount of $10,763.02, such property having been derived from specified unlawful activity, that is, a conspiracy to distribute marijuana, a Schedule I controlled substance, in violation of 21 USC 846 and 841(a)(1), all in violation of Title 18, United States Code, Sections 1957 and 2.

<div align="center">Count 4</div>

On or about November 19, 2001, in the Southern District of California, defendant CLAUDIA INIGUEZ HURACHA knowingly engaged in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, defendant CLAUDIA INIGUEZ HURACHA negotiated a check in the amount of $10,951.62, such property having been derived from specified unlawful activity, that is, a conspiracy to distribute marijuana, a Schedule I controlled substance, in violation of 21 USC 846 and 841(a)(1), all in violation of Title 18, United States Code, Sections 1957 and 2.

<div align="center">Count 5</div>

On or about December 6, 2001, in the Southern District of California, defendant CLAUDETTE QUIROZ GUERRERO knowingly engaged in a monetary transaction by, through, and to a financial institution, affecting interstate commerce, in criminally derived property of a value greater than $10,000, that is, defendant CLAUDETTE QUIROZ

<div align="center">5</div>

1  GUERRERO placed a deposit of $14,000.00 into an escrow account at

2  Bonita Escrow, such property having been derived from specified

3  unlawful activity, that is, a conspiracy to distribute marijuana, a

4  Schedule I controlled substance, in violation of Title 21, United

5  States Code, Sections 846 and 841(a)(1), all in violation of Title 18,

6  United States Code, Sections 1957 and 2.

7  <center>Count 6</center>

8      On or about December 10, 2001, in the Southern District of

9  California, defendant CLAUDETTE QUIROZ GUERRERO knowingly engaged in

10  a monetary transaction by, through, and to a financial institution,

11  affecting interstate commerce, in criminally derived property of a

12  value greater than $10,000, that is, defendant CLAUDETTE QUIROZ

13  GUERRERO placed a deposit of $17,980.00 into an escrow account at

14  Bonita Escrow, such property having been derived from specified

15  unlawful activity, that is, a conspiracy to distribute marijuana, a

16  Schedule I controlled substance, in violation of Title 21, United

17  States Code, Sections 846 and 841(a)(1), all in violation of Title 18,

18  United States Code, Sections 1957 and 2.

19  <center>Count 7</center>

20      On or about April 28, 2003, in the Southern District of

21  California, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark, and

22  CLAUDIA INIGUEZ HURACHA knowingly engaged in a monetary transaction

23  by, through, and to a financial institution, affecting interstate

24  commerce, in criminally derived property of a value greater than

25  $10,000, that is, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark,

26  and CLAUDIA INIGUEZ HURACHA made a cash down payment in the amount of

27  $40,000 on the purchase of a 2002 BMW 745 Li automobile, such property

28  having been derived from specified unlawful activity, that is, a

<center>6</center>

1  conspiracy to distribute marijuana, a Schedule I controlled substance,

2  in violation of Title 21, United States Code, Sections 846 and

3  841(a)(1), all in violation of Title 18, United States Code,

4  Sections 1957 and 2.

<center>Count 8</center>

6      On or about July 26, 2003, in the Southern District of

7  California, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark, and

8  CLAUDIA INIGUEZ HURACHA knowingly engaged in a monetary transaction

9  by, through, and to a financial institution, affecting interstate

10 commerce, in criminally derived property of a value greater than

11 $10,000, that is, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark,

12 and CLAUDIA INIGUEZ HURACHA made a cash down payment in the amount of

13 $35,000 on the purchase of a 2003 Range Rover automobile, such

14 property having been derived from specified unlawful activity, that

15 is, a conspiracy to distribute marijuana, a Schedule I controlled

16 substance, in violation of Title 21, United States Code, Sections 846

17 and 841(a)(1), all in violation of Title 18, United States Code,

18 Sections 1957 and 2.

<center>FORFEITURE ALLEGATION</center>

<center>Drug Trafficking Forfeiture</center>

21     The allegations contained in Count 1 are realleged and by

22 reference are fully incorporated herein to allege forfeiture to the

23 United States of America pursuant to the provisions of Title 21,

24 United States Code, Section 853.

25     1.  As a result of the commission of the felony offenses alleged

26 in Count 1, a violation punishable by imprisonment for more than one

27 year, and pursuant to Title 21, United States Code, Section 853(a)(1),

28 defendants FRANCISCO CANTABRANA-PARRA, aka Chino, aka Nono, OMAR

<center>7</center>

1  HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-LEDESMA, aka 57,

2  aka Chino, RONALD CHARLES REED, aka Bill, JUAN CARLOS ZERPA-MALPICA,

3  aka Benny, GONZALO VEGA-HUARACHA, aka Tio Gon, JACOB GUAJARDO-LEDEZMA,

4  aka JB, and ADALBERTO LEDESMA-BRISENO, aka Piange, shall, upon

5  conviction, forfeit to the United States all their rights, title, and

6  interest in all property constituting, and derived from, any proceeds

7  the defendants obtained, directly or indirectly, as the result of the

8  commission of the violation alleged in Count 1 of this indictment.

9      2.   Also as a result of the commission of the felony offense

10 alleged in Count 1, a violation punishable by imprisonment for more

11 than one year, and pursuant to Title 21, United States Code,

12 Section 853(a)(2), defendants FRANCISCO CANTABRANA-PARRA, aka Chino,

13 aka Nono, OMAR HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-

14 LEDESMA, aka 57, aka Chino, RONALD CHARLES REED, aka Bill, JUAN CARLOS

15 ZERPA-MALPICA, aka Benny, GONZALO VEGA-HUARACHA, aka Tio Gon, JACOB

16 GUAJARDO-LEDEZMA, aka JB, and ADALBERTO LEDESMA-BRISENO, aka Piange,

17 shall, upon conviction, forfeit to the United States all their rights,

18 title, and interest in all property used and intended to be used in

19 any manner or part to commit or to facilitate the commission of the

20 violation alleged in Count 1 of this indictment, including but not

21 limited to the following:

22      a.   1998   Ford   van,   vehicle   identification   number

23 1FTRE1420WHB06890

24      b.   524 Carlos Canyon Court, Chula Vista CA 91910, and all

25 appurtenances affixed thereto.  The real property is more particularly

26 described as :

27 //

28 //

8

APN No. 593-143-04-00

LOT 28 OF CHULA VISTA TRACT NO. 88-1 RANCHO DEL REY PHASE 4, UNIT NO. 2, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12367, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 5, 1989.

    c.   $8,000,000 in United States currency and all interest and proceeds traceable thereto.

    3.   If any of the forfeitable property referred to above, as a result of any act or omission of the defendants,

        a.   cannot be located upon the existence of due diligence;

        b.   has been transferred or sold to or deposited with a third person;

        c.   has been placed beyond the jurisdiction of the Court;

        d.   has been substantially diminished in value; or

        e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeited property.

<u>Money Laundering Forfeiture</u>

    The allegations contained in Count 2 are realleged and by reference are fully incorporated herein to allege forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982(a)(1).

    1.   As a result of committing the offense alleged in Count 2, defendants OMAR HURACHA-LEDESMA, aka 88, aka Mark, KRISTIAN HURACHA-LEDESMA, aka 57, aka Chino, RONALD CHARLES REED, aka Bill, JACOB GUAJARDO-LEDEZMA, aka JB, and CLAUDETTE QUIROZ-GUERRERO, shall, pursuant to Title 18, United States Code, Section 982(a)(1), forfeit

<div align="center">9</div>

to the United States all property, real and personal, involved in the aforestated offense and all property traceable to such property, including but not limited to the following:

a.    713 Terra Nova Drive, Chula Vista, CA 91910, and all appurtenances affixed thereto.  The real property is more particularly described as :

APN No. 593-400-02-00

LOT 3 OF CHULA VISTA TRACT NO. 89-5 RANCHO DEL REY SPA II PHASE 2, UNIT NO. 3, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12722, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, OCTOBER 1, 1990.

b.    524 Carlos Canyon Court, Chula Vista CA 91910, and all appurtenances affixed thereto.  The real property is more particularly described as :

APN No. 593-143-04-00

LOT 28 OF CHULA VISTA TRACT NO. 88-1 RANCHO DEL REY PHASE 4, UNIT NO. 2, IN THE CITY OF CHULA VISTA, COUNTY OF SAN DIEGO, STATE OF CALIFORNIA, ACCORDING TO MAP THEREOF NO. 12367, FILED IN THE OFFICE OF THE COUNTY RECORDER OF SAN DIEGO COUNTY, MAY 5, 1989.

c.    $8,000,000 in United States currency and all interest and proceeds traceable thereto.

2.    If any of the above described forfeitable property, as a result of any act or omission of the defendants –

a.    Cannot be located upon the exercise of due diligence;

b.    Has been transferred or sold to, or deposited with, a third person;

c.    Has been placed beyond the jurisdiction of this Court;

d.    Has been substantially diminished in value; or

e.    Has been commingled with other property which cannot be subdivided without difficulty;

1    it is the intent of the United States, pursuant to Title 18,

2    United States Code, Section 982(b)(1) to seek forfeiture of any other

3    property of said defendant up to the value of the above forfeitable

4    property.

5        DATED: July 22, 2005.

6                                        A TRUE BILL:

7

8                                        *Mary K. Loughton*
                                         Foreperson

9

10   CAROL C. LAM
     United States Attorney

11

12   By:    *[signature]*
            JOSEPH S. SMITH, JR.

13          Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                            11

PLEASE RECEIPT AND RETURN

RECEIVED

JUL 22  4 07 PM '05

U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

FILED

JUL 2 2 2005

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2004 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>FRANCISCO CANTABRANA-PARRA (1),<br>    aka Chino,<br>    aka Nono,<br>OMAR HURACHA-LEDESMA (2),<br>    aka 88,<br>    aka Mark,<br>KRISTIAN HURACHA-LEDESMA (3),<br>    aka 57,<br>    aka Chino,<br>RONALD CHARLES REED (4),<br>    aka Bill,<br>JUAN CARLOS ZERPA-MALPICA (5),<br>    aka Benny,<br>GONZALO VEGA-HUARACHA (6),<br>    aka Tio Gon,<br>JACOB GUAJARDO-LEDEZMA (7),<br>    aka JB,<br>ADALBERTO LEDESMA-BRISENO (8),<br>    aka Piange,<br>CLAUDETTE QUIROZ GUERRERO (9),<br>CLAUDIA INIGUEZ HURACHA (10),<br><br>                    Defendants. | Criminal Case No. 04CR2408DMS<br><br>        I N D I C T M E N T<br>        2nd Superseding<br><br>Title 21, U.S.C., Secs. 846 and<br>841(a)(1) - Conspiracy to<br>Distribute Marijuana; Title 18,<br>U.S.C., Sec. 1956 - Conspiracy to<br>Launder Monetary Instruments;<br>Title 21, U.S.C., Sec. 1957 -<br>Engaging in Monetary Transactions<br>Derived from Unlawful Activity |

The grand jury charges:

JSS:XXXbt:San Diego
7/22/05