LAURA E. DUFFY
United States Attorney
JOSEPH S. SMITH, Jr.
Assistant United States Attorney
California Bar No. 200108
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8299
Email: joseph.s.smith@usdoj.gov
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 04CR2408-DMS |
| Plaintiff, | ) ) ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND RECALL ARREST WARRANT |
| v. | ) ) | |
| FRANCISCO CANTABRANA-PARRA (1), | ) ) ) | |
| Defendant. | ) ) | |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, LAURA E. DUFFY, United States Attorney, and Joseph S. Smith, Jr., Assistant United States Attorney, and respectfully requests, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss the Indictment and recall the Arrest Warrant as to Defendant Cantabrana-Parra. Cantabrana-Parra recently pled guilty and was sentenced to federal criminal charges in the Western District of Texas and as a negotiated term of that plea agreement the United States agreed to move to dismiss the indictment and recall the arrest warrant in the present case.

DATED: November 3, 2016.

Respectfully submitted,
LAURA E. DUFFY
United States Attorney

s/ Joseph S. Smith, Jr
JOSEPH S. SMITH, JR.
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 04CR2408-DMS |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| FRANCISCO CANTABRANA-PARRA (1), | |
| Defendant | |

IT IS HEREBY CERTIFIED THAT:

I, Joseph S. Smith, Jr., am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **Government's Motion to Dismiss Indictment and recall Arrest Warrant** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

None.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on November 3, 2016.

*s/ Joseph S. Smith, Jr.*
JOSEPH S. SMITH, JR.